opinion. Order filed. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

THE JAMES MCCREERY REALTY CORPORATION, Respondent, v. MARYLAND CASUALTY COMPANY, Appellant, Impleaded with Others.*— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and dismiss complaint.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent, v. THE PUBLIC NATIONAL BANK AND TRUST COMPANY and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HERMANN KRAUTER, Respondent, v. A. BRESLAUER, INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BEN BIMBERG & CO., INC., and Others, Respondents, v. UNITY COAT & APRON CO., INC., Appellant.— Order affirmed, with twenty dollars costs and disbursements. The complaint on its face does not show that the stock of merchandise which was the subject of the transfer was not intended for resale in the regular conduct of the business of the transferor. The admissions made by plaintiffs in the affidavits on the application for summary judgment under rule 113 of the Rules of Civil Practice, which were especially limited to the purposes of that motion, cannot be used by defendant here. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CLARA POLACKOFF, Respondent, v. HENRY SONN & CO., INC., Appellant.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM J. LOHN, Respondent, v. APPOLLO MAGNETO CORPORATION and GEORGE ZITZMANN, Defendants, Impleaded with AUTOMATIC MOTOR CONTROL CORPORATION and JACOB MULLER, Appellants.— Judgment appealed from by the defendant Automatic Motor Control Corporation affirmed, with costs to the respondent against the said appellant. Judgment appealed from by the defendant Jacob Muller reversed, with costs to said appellant, and the complaint dismissed as against him, with costs, upon the ground of the absence of evidence that he contracted other than as an officer of the Automatic Motor Control Corporation. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HELEN WICE, an Infant, by THEODORE V. WICE, Her Guardian ad Litem, and THEODORE V. WICE, Appellants, v. BROADWAY AND SIXTY-FIRST STREET CORPORATION and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HOWARD A. BAUGH, Respondent, v. JOHN PIERPONT MORGAN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

SABELLA LOSCALZO, Respondent, v. MARY SZATHMARY, Doing Business, etc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE BANK OF UNITED STATES, by JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. NEW YORK CORRUGATED CASE Co., INC., and LOUIS ROSENFELD, Appellants, Impleaded with Others.‡— Judgment

---

*Affd., 264 N. Y. 629.    †Affd., 264 N. Y. 702.    ‡Affd., 264 N. Y. 654.